# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 10-CV-02570-WDM-MEH
REGGIE DAVID LEACH and
PAMELA LEACH

    Plaintiffs,

vs.

CORE DISTRIBUTION, INC.; and
ACE HARDWARE CORPORATION

    Defendants.

---

## ORDER GRANTING CORE DISTRIBUTION, INC's
## MOTION TO REMAND DUE TO ERROR
---

THE COURT, having reviewed Core Distribution Inc.'s <u>Unopposed</u> Motion to Remand Due to Error and being fully advised in the premises, finds that Defendant's Notice of Removal fails on the basis of timeliness pursuant to 28 U.S.C. § 1446(b).

ACCORDINGLY, IT IS ORDERED that this case shall be remanded to the El Paso County District Court, State of Colorado.

Dated this 25th day of October, 2010.

BY THE COURT

_____
United States District Judge